In the Matter of the Application of ANTONIO VANILLA (True Name ANTHONY VANELLA), Appellant, for a Writ of Habeas Corpus against LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.█— Order dismissing a writ of habeas corpus and remanding the petitioner to the custody of the warden of Sing Sing Prison affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston Adel and Taylor, JJ., concur.

ROSE STEIN KAHN, Appellant, v. SAMUEL KAHN, Defendant, and ROSE TAGGER, Also Known as ROSE TAGGER KAHN, Respondent.— Order granting respondent's motion to examine plaintiff and defendant Samuel Kahn modified by adding the words " with respect to the institution thereof " after the word " action " in item I of the order appealed·from, and as so modified the order in so far as it grants the examination before trial and in so far as it denies plaintiff's motion to strike out the first and second separate defenses in the answer of Rose Tagger is affirmed, without costs. The validity of the defenses may not be determined at this time but must be decided by the trial court after the facts are developed on the trial. Examination to proceed on five days' notice. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

EVELYN LEVENSON, Appellant, v. TAMARACK HOLDING COMPANY, INC., and GERTRUDE FRISCH KAHN, Respondents.— Plaintiff was a passenger in an automobile driven by defendant Gertrude F. Kahn. In passing an oncoming automobile she turned her steering wheel to the right and the automobile went off the road, toppled into a ditch and over an embankment, the plaintiff was injured. On defendants' motion the complaint was dismissed at the close of plaintiff's evidence, and judgment was entered in conformity therewith. Judgment unanimously affirmed, with costs, on the authority of *Dilger* v. *Kumpf* (255 N. Y. 616). Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

MORTGAGE COMMISSION OF THE STATE OF NEW YORK and TITLE GUARANTEE AND TRUST COMPANY, Respondents, v. HALPERN HOLDING CO., INC., Appellant, and Others, Defendants. HUGH B. SMITH, Receiver.— Order denying appellant's motion to vacate an *ex parte* order appointing a receiver in a foreclosure action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.